THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BONIELLO and MARVIN I. KING, Appellants.

Argued May 17, 1951; decided October 11, 1951.

*Anthony L. Pusateri* for Louis Boniello, appellant.

*Harry L. Gilrie* and *Marvin I. King,* in person, for Marvin I. King, appellant.

*Jack E. Gellman, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.